**FITAPELLI & SCHAFFER, LLP**
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIGETTE MABE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>WAL-MART ASSOCIATES, INC.,<br><br>Defendant. | No.: 20 Civ. 00591 (TJM)(CFH) |

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY
### IN FURTHER OPPOSITION TO DEFENDANT'S RENEWED MOTION TO DISMISS

Plaintiff, by and through her undersigned counsel, hereby submits this Notice of Supplemental Authority in further opposition of Defendant's renewed motion to dismiss (Doc. No. 23). Attached please find an order from The Eastern District of New York in *Caul v. Petco Animal Supplies, Inc.,* refusing to certify the denial of the defendants' motion to dismiss for interlocutory appeal. Plaintiff thanks the Court for its time and consideration.

Dated: New York, New York
December 23, 2021

By:   s/Brian S. Schaffer
    Brian S. Schaffer

    Brian S. Schaffer
    Hunter G Benharris
    FITAPELLI & SCHAFFER LLP
    28 Liberty Street, 30th Floor
    New York, NY 10005
    Telephone: (212) 300-0375
    Facsimile: (212) 481-1333
    *Attorneys for Plaintiff and the Putative Class*

TO: GREENBERG TRAURIG, LLP (via ECF)
    Henry M. Greenberg
    54 State Street, 6th Floor
    Albany, New York 12207
    Telephone: (518) 689-1400
    greenbergh@gtlaw.com