**FITAPELLI & SCHAFFER, LLP**
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIGETTE MABE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>WAL-MART ASSOCIATES, INC.,<br><br>Defendant. | No.: 20 Civ. 00591 (TJM)(CFH) |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY
IN FURTHER OPPOSITION TO DEFENDANT'S RENEWED MOTION TO DISMISS**

Plaintiff, by and through her undersigned counsel, hereby submits this Notice of Supplemental Authority in further opposition of Defendant's renewed motion to dismiss (Doc. No. 23). Attached please find an order from The Southern District of New York in *Elhassa v. Hallmark Aviation Services, L.P.,* which discusses *Konkur v. Utica Academy of Sci. Charter School*. Plaintiff thanks the Court for its time and consideration.

Dated: New York, New York
February 28, 2022

By:   s/Brian S. Schaffer
      Brian S. Schaffer

Brian S. Schaffer
Hunter G Benharris
FITAPELLI & SCHAFFER LLP
28 Liberty Street, 30th Floor
New York, NY 10005
Telephone: (212) 300-0375
Facsimile: (212) 481-1333
*Attorneys for Plaintiff and the Putative Class*

TO: GREENBERG TRAURIG, LLP (via ECF)
Henry M. Greenberg
54 State Street, 6th Floor
Albany, New York 12207
Telephone: (518) 689-1400
greenbergh@gtlaw.com