

Henry M. Greenberg
Tel.: (518) 689-1492
Fax: (518) 689-1499
greenbergh@gtlaw.com

April 5, 2022

**VIA ECF**

The Honorable Thomas J. McAvoy
United States District Court
Northern District of New York
15 Henry Street
Binghamton, New York 13901

      Re:    *Brigette Mabe v. Wal-Mart Associates, Inc.*, Civil Action No. 1:20-cv-00591-TJM-CFH

Dear Judge McAvoy:

    On behalf of Defendant Wal-Mart Associates, Inc. ("Defendant"), we write respectfully to request a two-week extension of Defendant's time to respond to the Complaint from April 7, 2022 until April 21, 2022, to which Plaintiff consents. This is Defendant's first request to your Honor for an extension of the time to respond, and the requested extension will not affect any scheduling dates.

    We appreciate the Court's time and attention.

                              Respectfully submitted,

                              GREENBERG TRAURIG, LLP

                              */s/ Henry M. Greenberg*

                              Henry M. Greenberg

HMG/JMG

cc:    All Counsel of Record - *VIA ECF*

**Greenberg Traurig, LLP | Attorneys at Law**
54 State Street | Sixth Floor | Albany, New York 12207 | T +1 518.689.1400 | F +1 518.689.1499

www.gtlaw.com