IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

MADIGAN MINER-VARGAS, CYNTHIA HAYWOOD, CARLOS COTTO, and ELIJAH TURNER, individually and on behalf of all others similarly situated,

                  Plaintiffs,

-against-

WAL-MART ASSOCIATES, INC.,

                  Defendant.

Case No: 20 Civ. 591
(TJM) (CFH)

---

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Madigan Miner-Vargas, Cynthia Haywood, Carlos Cotto, and Elijah Turner ("Plaintiffs") and Wal-Mart Associates, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be, and hereby is, voluntarily dismissed in its entirety without prejudice, and without costs or attorneys' fees. The Parties affirm that no party hereto is an infant or incompetent.

Dated:    New York, New York
            May 17, 2024

| FITAPELLI & SCHAFFER, LLP | PROSKAUER ROSE LLP |
|---|---|
| By: *Brian Schaffer* | By: *[signature]* |
| Brian S. Schaffer | Allan S. Bloom |
| Hunter G Benharris | Elise M. Bloom |
| 28 Liberty Street, 30th Floor | Rachel S. Philion |
| New York, NY 10005 | Eleven Times Square |
| Telephone: (212) 300-0375 | New York, New York 10036 |
| bschaffer@fslawfirm.com | Telephone: (212) 969-3000 |
| hbenharris@fslawfirm.com | abloom@proskauer.com |
| | ebloom@proskauer.com |
| | rphilion@proskauer.com |

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date: May 23, 2024